CR 11 00972                    FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2011 OCT 14  PM 3: 14

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HAOREN MA <br><br> Defendant. | Case No. CR _____ <br><br> NOTICE TO COURT <br> OF RELATED CRIMINAL CASE <br><br> (PURSUANT TO <br> GENERAL ORDER 224) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Haoren Ma and Minghan Dong</u>, Case M-2145 filed concurrently herewith, which:

___ was previously assigned to the Honorable_____;

_X__ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

_X__ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

DATED: October 13, 2011

_____
KERI CURTIS AXEL
Assistant United States Attorney

(NOTICE.FRM - 6/98)